IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. PRESTON WRIGHT WEBSTER,
2. DANIEL MARK SCHROEDER,
3. DAVID INGOT SITUMEANG, and
4. CHAD MICHAEL STEWART,

      Defendants.

---

**ORDER SETTING CHANGE OF PLEA HEARING
AND REQUIRING TELEPHONE CONFERENCE TO SET TRIAL**

---

A Notice of Disposition was filed on behalf of Defendant Preston Wright Webster in the above matter on January 6, 2006 (Dkt. # 27).  A Change of Plea hearing is set for **February 10, 2006 at 4:00 p.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on February 8, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**

The Court notes that this matter has not yet been set for trial.  Counsel for the

government is DIRECTED to arrange with all remaining defense counsel to initiate

a conference call with Chambers (303-335-2174) **no later than January 11, 2006** to

set a trial date for this case.

DATED: January 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge