IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. PRESTON WRIGHT WEBSTER**,
2. DANIEL MARK SCHROEDER,
3. DAVID INGOT SITUMEANG, and
4. CHAD MICHAEL STEWART,

    Defendants.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

This matter is before the Court *sua sponte*. The change of plea hearing on behalf of Defendant Preston Wright Webster, currently set for February 10, 2006 at 4:00 p.m., is RESET to **February 15, 2006 at 9:00 a.m.**

    DATED: February 7, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*
                                  _____
                                  Phillip S. Figa
                                  United States District Judge