IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. PRESTON WRIGHT WEBSTER**,
**2. DANIEL MARK SCHROEDER,**
3. DAVID INGOT SITUMEANG, and
4. CHAD MICHAEL STEWART,

    Defendants.

---

## ORDER TO RESET SENTENCING DATE
---

    This matter is before the Court *sua sponte*. The sentencing hearing on behalf of Defendants Preston Wright Webster and Daniel Mark Schroeder, currently set for May 8, 2006 at 10:30 a.m., is RESET to **May 23, 2006 at 8:15 a.m.**

    DATED: April 3, 2006

                                                  BY THE COURT:

                                                 *s/ Phillip S. Figa*
                                                 _____
                                                 Phillip S. Figa
                                                 United States District Judge