**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00550-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PRESTON WRIGHT WEBSTER,

        Defendant.

---

**ORDER RESCINDING PREVIOUS ORDER MODIFYING CONDITIONS OF
SUPERVISED RELEASE**

---

        This matter coming to the attention of the Court upon report of the probation officer of this Court, and the Court being advised that defendant did not require the public law placement into a Residential Reentry Center (RRC) as defendant was able to secure a residence prior to his release from Bureau of Prisons custody. It is

        ORDERED that the order signed by the Court on June 8, 2007, modifying the conditions of supervised release to include a requirement that defendant shall reside in a Residential Reentry Center for a period of up to 120 days to commence as directed by the probation officer, and shall observe the rules of that facility, be rescinded.

        DATED at Denver, Colorado, this 23rd day of September, 2008.

        BY THE COURT:


        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        United States District Judge