UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00550-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PRESTON WRIGHT WEBSTER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Tuesday, November 16, 2010, at 11:00 a.m.**

    Dated:  October 29, 2010.