# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>*(Changes Identified with Asterisks(*))*<br>**(For Revocation of Supervised Release)** |
| v. | Case Number:  05-cr-00550-WYD-01 |
| PRESTON WRIGHT WEBSTER | USM Number:  72947-079 |
| | Dru Nielsen, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 15, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 04/22/2009 |
| 2 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 02/01/2009 |

　　The defendant is sentenced as provided in pages 3 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

　　It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

April 5, 2011
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

April 28, 2011
Date

DEFENDANT:  PRESTON WRIGHT WEBSTER
CASE NUMBER:  05-cr-00550-WYD-01                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 03/24/2009 |
| 4 | Use of Alcohol | 03/23/2009 |
| 5 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 03/23/2009 |
| 6 | Possession and Use of a Controlled Substance | 08/15/2009 |
| 7 | Possession and Use of a Controlled Substance | 09/19/2009 |
| 8 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 10/06/2009 |
| 9 | Failure to Ingest Monitored Antabuse or Substance Abuse Prevention Medication as Directed by the Probation Officer | 10/16/2009 |
| 10 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 05/09/2010 |
| 11 | Possession and Use of a Controlled Substance | 07/27/2010 |
| 12 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 10/18/2010 |
| 13 | Possession and Use of a Controlled Substance | 12/20/2010 |
| 14 | Making False Statement to the Probation Officer | 01/05/2011 |
| 15 | Possession and Use of a Controlled Substance | 01/02/2011 |

DEFENDANT:  PRESTON WRIGHT WEBSTER
CASE NUMBER:  05-cr-00550-WYD-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons once the Bureau of Prisons has made a designation. *The Court recommends the Bureau of Prisons designate an institution within the District of Colorado for service of sentence.

The defendant shall be released immediately from Independence House and may return home until the time he is to report to the designated institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal